NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CARLOS TORO,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

_____

2016-1960

_____

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00989-TCW, Judge Thomas C. Wheeler.

_____

**JUDGMENT**

_____

MICHAEL L. AVERY, SR., The Avery Law Firm, Falls Church, VA, argued for plaintiff-appellant.

MICHAEL ANTHONY RODRIGUEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 12, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |